IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00173-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NEAL DAVID ELINOFF,

        Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

        On February 14, 2006, the probation officer submitted a petition for early termination of probation in this case. On February 16, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on February 21, 2006. The United States objected to the proposed relief and a hearing was held on April 14, 2006, at which time, having heard from government and defense counsel, it is hereby

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this ___14___ day of April, 2006.

        BY THE COURT:

        Richard P. Matsch
        United States Senior District Judge